ETHEL SHAPIRO, as Administratrix, etc., of MAX SHAPIRO, Deceased, Respondent, v. NATHAN MASHLAK and JACOB MASHLAK, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGARET HARTIGAN, Respondent, v. YELLOW TAXI CORPORATION OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN HARTIGAN, an Infant, by JOHN HARTIGAN, His Guardian ad Litem, Respondent, v. YELLOW TAXI CORPORATION OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH RANDO, Respondent, v. ROYAL MAIL STEAM PACKET COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JULIA HARTSTEIN, Respondent, v. BLECHMAN-LEADER REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDMUND HARTSTEIN, Respondent, v. BLECHMAN-LEADER REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

OCEANIC STEAM NAVIGATION COMPANY, LTD., Appellant, v. RINELLI & GUARDINO, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ETHEL ANNAPOLIN, Now ETHEL NEIDENBERG, Respondent, v. WILLIAM GREEN-BERGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AUGUSTUS MILLER, Appellant, Respondent, v. ROBERT E. BROWNLEY, Respondent, Appellant.— Order affirmed, with costs to the defendant, respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

TERESA LENNERT, Respondent, v. CELESTINE ALINE DREW and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SPENCER ALDRICH and Others, Appellants, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.